

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C**. and M.E.B., Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellant Dad's brief is due on April 20, 2022.  *See* TEX. R. APP. P. 38.6(a).  On the due date, Dad moved for a twenty-day extension of time to file his brief.

Appellant Dad's motion is granted.  His brief is due on May 10, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court